# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————————

**No. ACM 39591**

———————————————

**UNITED STATES**
*Appellee*

**v.**

**William H. HUGHES, JR.**
Captain (O-3), U.S. Air Force, *Appellant*

———————————————

Appeal from the United States Air Force Trial Judiciary

Decided 8 October 2019

———————————————

*Military Judge:* John C. Degnan.

*Approved sentence:* Dismissal, confinement for 45 days, and a reprimand. Sentence adjudged 5 September 2018 by GCM convened at Travis Air Force Base, California.

*For Appellant:* Major Rodrigo M. Caruço, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF.

Before MAYBERRY, MINK, and D. JOHNSON, *Appellate Military Judges.*

———————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).[1] Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

[1] *Manual for Courts-Martial, United States* (2016 ed.).